# EXHIBIT C



48 Bowhill Way
Harlow, CM20 1FH
United Kingdom

**10 May 2018**

Kevin Keener
161 North Clark Street, Suite 1600 Chicago, IL 60601

Dear Mr. Keener

RE: Letter dated April 23 2018.

I have taken time to review the allegations contained in your letter, against my company JoeAllenPro Limited and its software product AutoPrompter (and derivative trade marks). Your letter, however, does not include a claim chart analysing any product offered by my company against the claims of your client's '646 patent. I ask that you provide a claim chart, such as I assume must have been produced preparatory to your making the allegations contained therein.

In the meantime, I do not admit patent infringement as alleged by you in your above letter or at all.

The fourth paragraph on page 2 of your above letter includes the following opening sentence:

"There is also suspicion that you may have obtained the code for your AutoPrompter application from Belleau's software- an act which would constitute copyright infringement."

I deny categorically that my company, or I, obtained code from your client's software. I believe that it could readily be determined by an expert that my company's software used in AutoPrompter does not benefit from your client's code. Accordingly, I deny any copyright infringement.

Sincerely,

**Joe Allen**
Company Director, JoeAllenPro Limited
joe@joeallenpro.com

cc: **Greg Howison** (GHowison@munckwilson.com)
Munck Wilson Mandala
600 Banner Place Tower
12770 Coit Rd
Dallas, Texas  75251
(O)972-628-3624 - Dallas