UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELLEAU TECHNOLOGIES, LLC,

        Plaintiff,

v.

JOEALLENPRO LIMITED, a foreign corporation;
and JOE ALLEN, as an individual,

        Defendants.

------------------------------------------------------------x

18 Civ. 06319 (AJN) (DLC)

[PROPOSED] AMENDED
ORDER TO SHOW CAUSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2018

        Upon the Declaration of Jeremy Sadkin, dated July 17, 2018, and the accompanying exhibits; the Declaration of Eric Sadkin, dated July 17, 2018; the Affidavit of Nicole Mazanitis, dated July 17, 2018, and the accompanying exhibit; the Complaint herein; the Memorandum of Law in Support of Plaintiff Belleau Technologies, LLC's ("Plaintiff") Motion for a Temporary Restraining Order and Preliminary Injunction; and for the reasons stated on the record of the July 17, 2018 and July 23 hearings, it is hereby:

        ORDERED, that the defendants JoeAllenPro Limited and Joe Allen (collectively, "Defendants") show cause, before the Honorable Denise Cote, at the United States Courthouse located at 500 Pearl Street, New York, New York, Room 18B, on July 31, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued and entered pursuant to Federal Rule of Civil Procedure 65(a) and 35 U.S.C. §§ 271 and 283 during the pendency of this action:

        a)    Enjoining Defendants Joe Allen and JoeAllenPro Limited, their employees, agents, subsidiaries, affiliates, parents, successors, assigns, officers, servants, attorneys, and any other person in active concert or participation with them, from

32408613

any conduct that infringes, directly or indirectly, U.S. Patent No. 9,953,646, including making, selling, distributing, marketing, testing, importing, offering to sell, or otherwise using a software product called "AutoPrompter" – or any other software application infringing U.S. Patent No. 9,953,646 – within the United States;

b)  Ordering that Defendants, their employees, agents, subsidiaries, affiliates, parents, successors, assigns, officers, servants, attorneys, and any other person in active concert or participation with them, immediately destroy any copies of the software product called "AutoPrompter" – or any other software application infringing U.S. Patent No. 9,953,646 – in their possession, custody, or control;

c)  Ordering that Defendants, their employees, agents, subsidiaries, affiliates, parents, successors, assigns, officers, servants, attorneys, and any other person in active concert or participation with them, turn over to the Court any proceeds that Defendants have received as a result of their sale of the software product called "AutoPrompter" – or any other software application infringing U.S. Patent No. 9,953,646; and

d)  Granting Plaintiff such other and further relief as this Court deems just and proper; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65(a) and 35 U.S.C. §§ 271 and 283, the Defendants and their employees, agents, subsidiaries, affiliates, parents, successors, assigns, officers, servants, attorneys, and any other person in active concert or participation with them, are enjoined from any conduct that infringes,

directly or indirectly, U.S. Patent No. 9,953,646, including making, selling, distributing, marketing, testing, importing, offering to sell, or otherwise using a software product called "AutoPrompter" – or any other similarly infringing software application – within the United States; and it is further

ORDERED that any written opposition by Defendants be filed with the Court and served by electronic mail to nmazanitis@curtis.com, so as to be received by Plaintiff's counsel on or before 2:00 p.m. EST on the 25th day of July, 2018; and it is further

ORDERED that any reply papers be filed with the Court and served on Defendants by electronic mail to joe@joeallenpro.com, so as to be received by Defendants on or before 2:00 p.m. EST on the 27th day of July, 2018; courtesy copies of all papers must be provided to Judge Cote's Chambers; and it is further

ORDERED that service of a copy of (1) this Order and all supporting papers; and (2) the Complaint and all supporting papers upon Defendants shall be effected by electronic mail to joe@joeallenpro.com. Service of the summons and Complaint must also be made in accordance with Fed. R. Civ. P. 4.

DATED:    New York, New York
ISSUED:   July 23, 2018

5:13 p.m.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

32408613