UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BELLEAU TECHNOLOGIES, LLC,

                Plaintiff,

      v.                                    18 Civ. 06319 (DLC)

JOEALLENPRO LIMITED, a foreign corporation;
and JOE ALLEN, as an individual,

                Defendants.

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        Nicole M. Mazanitis, being duly sworn, deposes and says:

        1.     I am over eighteen years of age and am not a party to this action. I am an attorney at the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178.

        2.     On July 19, 2018, I served via Federal Express true and correct copies of the: (a) Summons to Joe Allen (ECF No. 009); (b) Complaint and accompanying exhibits (ECF Nos. 001, 001-1, 001-2, 001-3); (c) Civil Cover Sheet (ECF No. 002); (d) Plaintiff's Rule 7.1 Statement (ECF No. 003); (e) executed Report on the Filing or Determination of an Action Regarding a Patent or Trademark (ECF No. 008); (f) Electronic Case Filing Rules and Instructions for the United States District Court for the Southern District of New York; (g) Individual Practices in Civil Cases of the Honorable Denise Cote, United States District Judge;

32470050

and (h) Individual Practices in Civil Cases of the Honorable Katharine H. Parker, United States Magistrate Judge, upon:

> Joe Allen
> 48 Bowhill Way, Harlow, Essex, CM20 1FH
> United Kingdom

Attached hereto are Federal Express tracking e-mails confirming receipt of the aforementioned documents by Joe Allen on July 23, 2018.

_____
Nicole M. Mazanitis

Sworn and subscribed to before me
this 24th day of July, 2018.

_____
Notary Public

> VADIM BELINSKIY
> Notary Public, State of New York
> No. 01BE6319424
> Qualified in Kings County
> Commission Expires February 17, 2019

# Mazanitis, Nicole

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 23, 2018 12:06 PM |
| **To:** | Mazanitis, Nicole |
| **Subject:** | FedEx Shipment 772751657493 Delivered |

**\*\*\*EXTERNAL EMAIL\*\*\***

## Your package has been delivered
Tracking # 772751657493

**Ship date:**
Thu, 7/19/2018

**NICOLE MAZANITIS**
CURTIS, MALLET-PREVOST,
COLT MOS
NEW YORK, NY 10178
US


Delivered

**Delivery date:**
Mon, 7/23/2018 11:00 am

**JOE ALLEN**
48 BOWHILL WAY
HARLOW, ESSEX, CM201FH
GB



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 772751657493 |
| Status: | Delivered: 07/23/2018 11:00 AM Signed for By: PPAD |
| Reference: | 999000-000038 |
| Signed for by: | PPAD |
| Delivery location: | HARLOW, ESSEX, |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx International Priority® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 1.50 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| Standard transit: | 7/23/2018 by 12:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:06 AM CDT on 07/23/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

2

## Mazanitis, Nicole

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 23, 2018 12:06 PM |
| **To:** | Mazanitis, Nicole |
| **Subject:** | FedEx Shipment 772752204186 Delivered |

**\*\*\*EXTERNAL EMAIL\*\*\***

# Your package has been delivered
## Tracking # 772752204186



**Ship date:**
Thu, 7/19/2018

**NICOLE MAZANITIS**
CURTIS, MALLET-PREVOST,
COLT MOS
NEW YORK, NY 10178
US


Delivered

**Delivery date:**
Mon, 7/23/2018 11:00 am

**JOE ALLEN**
48 BOWHILL WAY
HARLOW, ESSEX, CM201FH
GB

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 772752204186 |
| **Status:** | Delivered: 07/23/2018 11:00 AM Signed for By: PPAD |
| **Reference:** | 999000-000038 |
| **Signed for by:** | PPAD |
| **Delivery location:** | HARLOW, ESSEX, |
| **Delivered to:** | Shipping/Receiving |
| **Service type:** | FedEx International Priority® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 1.50 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |
| **Standard transit:** | 7/23/2018 by 12:00 pm |

1

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:06 AM CDT on 07/23/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

2