```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BELLEAU TECHNOLOGIES, LLC,

                Plaintiff,  :  18cv6319(DLC)

-v-

                                                ORDER

JOEALLENPRO LIMITED, and JOE ALLEN,

                Defendants.
-------------------------------------X

DENISE COTE, District Judge:

    The defendants' answers to the complaint being due in this action on August 13, 2018, it is hereby

    ORDERED that if the defendants do not file an answer by August 13, the plaintiff shall move for a default judgment pursuant to the Court's default judgment procedure, a copy of which is attached to this Order, by **August 24, 2018**.

SO ORDERED:

Dated:    New York, New York
           July 31, 2018

                                          _____
                                              DENISE COTE
                                 United States District Judge