UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BELLEAU TECHNOLOGIES, LLC,

                Plaintiff,

       v.

JOEALLENPRO LIMITED, a foreign corporation;
and JOE ALLEN, as an individual,

                Defendants.

-----------------------------------------------------------x

18 Civ. 06319 (DLC)

**CLERK'S CERTIFICATE
OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/18

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 12, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant JoeAllenPro Limited via Federal Express at 48 Bowhill Way, Harlow, Essex, CM20 1FH, United Kingdom in accordance with Fed. R. Civ. P. 4(h)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Article 10(a), and proof of service was therefore filed on July 24, 2018, ECF No. 024.

       I further certify that the docket entries indicate that defendant JoeAllenPro Limited has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant JoeAllenPro Limited is hereby noted.

Dated: New York, New York
       August 16, 2018

                                                     RUBY J. KRAJICK
                                                     **Clerk of Court**

                                        By: _____
                                                     Deputy Clerk