UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

Belleau Technologies, LLC,

        Plaintiff,                                     18 Civ. 06319 (DLC)

      v.                                          **STATEMENT OF DAMAGES**

JoeAllenPro Limited, a foreign corporation;
and Joe Allen, as an individual,

        Defendants.

--------------------------------------------------------x

Principal amount sued for ....................................................................................$500,000

Pre-judgment interest at a rate of 9%, compounded quarterly,
from April 2, 2018 through August 23, 2018 ................................................... $94,050

Post-judgment interest at a rate equal to the weekly average
1-year constant maturity Treasury yield for the calendar week
preceding the date of the judgment, from the date of final judgment ............... To be determined

Enhanced damages.............................................................................................$1,000,000

Outside counsel fees ....................................................................................... $124,720.75

In-house counsel fees..............................................................................................$83,776

Costs and Disbursements

Complaint filing fee .................................................................................................. $400

Pro hac motion filing fee........................................................................................... $200

Federal Express fees for service ............................................................................ $169.98

Transcript fees........................................................................................................ $111.72

Total (as of August 20, 2018) ....................................................................... $1,803,428.45

1