UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

BELLEAU TECHNOLOGIES, LLC,

        Plaintiff,                                  18 Civ. 06319 (DLC)

      v.                                                **AMENDED STATEMENT
                                                              OF DAMAGES**

JOEALLENPRO LIMITED, a foreign corporation;
and JOE ALLEN, as an individual,

        Defendants.

---------------------------------------------------------x

Principal amount sued for ................................................................................$500,000

Pre-judgment interest at a rate of 9%, compounded quarterly,
from April 2, 2018 through August 24, 2018 ............................................. $17,931.27

Post-judgment interest at a rate equal to the weekly average
1-year constant maturity Treasury yield for the calendar week
preceding the date of the judgment, from the date of final judgment ............... To be determined

Enhanced damages............................................................................................$1,000,000

Outside counsel fees ...................................................................................... $124,720.75

In-house counsel fees..........................................................................................$83,776

Costs and Disbursements

Complaint filing fee ................................................................................................. $400

Pro hac motion filing fee........................................................................................... $200

Federal Express fees for service ............................................................................ $169.98

Transcript fees......................................................................................... $111.72

Total (as of August 20, 2018) ................................................................. $1,727,309.72

1