# EXHIBIT 14



# AIPLA
## American Intellectual Property Law Association
*Serving America's Legal and Creative Community*

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



**ARI** Association Research, Inc.

910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2017 Economic Survey Participants

We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

**Donika Pentcheva:** PayPal – Chair of LPM Committee

**Frank Gerratana:** Fish & Richardson, PC – Vice Chair of LPM Committee and Chair of Economic Survey Subcommittee

---

### Economic Survey Subcommittee Members:

**Ashraf Abdul-Mohsen:** ARI

**Rey Barceló:** Barceló, Harrison & Walker

**Kristin Cleveland:** Klarquist Sparkman, LLP

**Meghan Donohoe:** AIPLA

**Ariana Fleishman:** PiVerse Inc.

**Megan Kirkegaard:** ARI

**Steven Petkovsek:** Fish & Richardson, PC

---

©2017 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

Private Firm, Partner

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Partner*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Associate*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
| | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
| | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
| | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
| | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
| | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
| | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
| | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
| | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
| | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
| | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
| | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
| | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
| | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
| | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
| | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
| | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
| | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
| | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
| | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
| | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
| | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
| | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
| | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
| | Medical/Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
| | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
| | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
| | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
| | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
| | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
| | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
| | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
| | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
| | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
| | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
| | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
| | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
| | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
| | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
| | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
| | 11-25 | 36 | $350 | $224 | $253 | $318 | $400 | $551 |
| | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
| | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
| | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
| | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |