# Curtis, Mallet-Prevost, Colt & Mosle llp

| | | | |
|---|---|---|---|
| Almaty | Houston | | |
| Ashgabat | London | Attorneys and Counsellors at Law | Telephone 212-696-6000 |
| Astana | Mexico City | | Facsimile 212-697-1559 |
| Beijing | Milan | 101 Park Avenue | www.curtis.com |
| Buenos Aires | Muscat | New York, New York 10178-0061 | |
| Dubai | Paris | | |
| Frankfurt | Rome | | Nicole M. Mazanitis |
| Geneva | Washington, D.C. | | Tel: 212-696-6121 |
| | | | Fax: 917-368-8821 |
| | | | E-Mail: nmazanitis@curtis.com |

August 28, 2018

**VIA ECF**

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  ***Belleau Technologies, LLC v. JoeAllenPro Ltd., et al.,***
           ***No. 18-CV-06319 (S.D.N.Y.)***

Dear Judge Cote:

      We represent Belleau Technologies, LLC ("Belleau"), plaintiff in the above-referenced matter.  On August 27, 2018, the Court issued an Order, directing Belleau to "serve this Order and its default judgment moving papers on the defendants on or before August 31, 2018, by certified overnight mail and by e-mail."  ECF No. 055.  Belleau has been informed that, because the defendants in this action are located in the United Kingdom, there is no certified overnight mail option.  Belleau has been informed that Federal Express has an "International Priority" option.  Under this option, if the documents in question are sent by Tuesday August 28, 2018, the package should be delivered to defendants by Thursday August 30, 2018 at noon (assuming no issues at customs).  If the documents are sent by Wednesday August 29, 2018, the package should be delivered to defendants by Friday August 31, 2018 at noon (assuming no issues at customs).

      Belleau therefore respectfully requests that it be permitted to serve defendants with the Order in question (ECF No. 055) and Belleau's default judgment moving papers via Federal Express' "International Priority" option by August 31, 2018.

      We appreciate the Court's attention to this matter.

                                                            Respectfully,

                                                            /s/ Nicole M. Mazanitis

                                                            Nicole M. Mazanitis