UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELLEAU TECHNOLOGIES, LLC,

        Plaintiff,

  v.                                           18 Civ. 06319 (DLC)

JOEALLENPRO LIMITED, a foreign corporation;
and JOE ALLEN, as an individual,

        Defendants.

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

        Nicole M. Mazanitis, being duly sworn, deposes and says:

        1.     I am over eighteen years of age and am not a party to this action. I am an attorney at the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178.

        2.     On August 29, 2018, I served via Federal Express International Priority service true and correct copies of: (a) Plaintiff's Amended Notice of Motion for a Default Judgment (ECF No. 048); (b) Plaintiff's Amended Memorandum of Law in Support of Plaintiff's Amended Motion for a Default Judgment (ECF No. 049); (c) Plaintiff's Amended Proposed Default Judgment (ECF No. 050); (d) Plaintiff's Amended Statement of Damages (ECF No. 051); (e) the Amended Declaration of Eric Sadkin in Support of Plaintiff's Amended Motion for Default Judgment (ECF No. 052); (f) the Amended Declaration of Jeremy Sadkin in Support of Plaintiff's Amended Motion for Default Judgment and supporting exhibits (ECF Nos. 053, 053-1

through 053-27); (g) the Amended Affidavit of Nicole Mazanitis in Support of Plaintiff's Amended Motion for Default Judgment and supporting exhibits (ECF No. 054, 054-1 through 054-14); (h) the Order dated August 27, 2018 (ECF No. 055); (i) the endorsed letter dated August 24, 2018 (ECF No. 044); (j) the endorsed letter dated August 29, 2018 (ECF No. 058); and (k) full and unredacted copies of Exhibit 1 to the Jeremy Sadkin Declaration and Exhibit 13 to the Mazanitis Affidavit, upon:

> JoeAllenPro Limited
> 48 Bowhill Way, Harlow, Essex, CM20 1FH
> United Kingdom

> and

> Joe Allen
> 48 Bowhill Way, Harlow, Essex, CM20 1FH
> United Kingdom

True and correct copies of the Federal Express tracking e-mails confirming receipt of the aforementioned documents by JoeAllenPro Limited on August 31, 2018 are attached as Exhibit A.

3. Also on August 31, 2018, I served via e-mail the documents listed above as numbers 2(a)-2(k) upon the joe@joeallenpro.com and joeallenpro@me.com e-mail addresses. True and correct copies of the e-mails sent to joe@joeallenpro.com and joeallenpro@me.com are attached as Exhibit B.

_____
Nicole M. Mazanitis

Sworn and subscribed to before me
this __10__ day of _Aug_, 20_18_

_____
Notary Public

JONATHAN J. W...
Notary Public, State of
No. 02WA6155
Qualified in New York C...
32873811 Commission Expires Dec. 20th, 2019

2