## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | HOUSTON | | |
| ASHGABAT | LONDON | **ATTORNEYS AND COUNSELLORS AT LAW** | |
| ASTANA | MEXICO CITY | | |
| BEIJING | MILAN | 101 PARK AVENUE | |
| BUENOS AIRES | MUSCAT | NEW YORK, NEW YORK 10178-0061 | |
| DUBAI | PARIS | | |
| FRANKFURT | ROME | | |
| GENEVA | WASHINGTON, D.C. | | |

TELEPHONE  212-696-6000
FACSIMILE  212-697-1559
WWW.CURTIS.COM

**NICOLE M. MAZANITIS**
TEL: 212-696-6111
FAX: 917-368-8821
E-MAIL: NMAZANITIS@CURTIS.COM

September 26, 2018

*VIA ECF*

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2018

Re: *Belleau Technologies, LLC v. JoeAllenPro Ltd., et al.,*
    *No. 18-CV-06319 (S.D.N.Y.)*

Dear Judge Cote:

　　　　We represent Belleau Technologies, LLC, plaintiff in the above-referenced matter.  We are currently calendared for a default judgment hearing on Friday October 5, 2018, at 11:00 a.m.  We would be grateful for any guidance from the Court as to whether the Court wishes to hear live testimony during the hearing.

　　　　We appreciate the Court's attention to this matter.

　　　　　　　　Respectfully,

　　　　　　　　/s/ Nicole M. Mazanitis

　　　　　　　　Nicole M. Mazanitis

cc:  Joe Allen (via electronic mail)

**MEMO ENDORSED**

*No live testimony is needed.*

*Denise Cote*
*9/28/18*

33011762