IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLEAU TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOEALLENPRO LIMITED, a foreign corporation; and JOE ALLEN, as an individual, <br><br> Defendants. | Civil Action No. 18 Civ. 06319 (DLC) <br><br> JURY TRIAL DEMANDED |

### NOTICE OF MOTION TO VACATE DEFAULT AND MOTION FOR LEAVE TO FILE A RESPONSIVE MOTION OR PLEADING

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendants JoeAllenPro Limited and Joe Allen, by their attorneys, Meredith & Keyhani, PLLC. |
| **DATE, TIME AND PLACE OF HEARING:** | Before the Hon. Denise L. Cote, Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312 at a date and time to be determined by the Court. |
| **SUPPORTING PAPERS:** | Memorandum of law and Declaration of Joseph Allen. |
| **RELIEF DEMANDED**: | (1) An Order granting Defendants' motion to vacate the Clerk's Entry of Default (Dkt. Nos. 34 and 35), (2) an order granting Defendants' leave to file a responsive motion or pleading, and (3) such other and further relief this Court deems just and proper. |

Date: October 3, 2018

Respectfully submitted,

/s/ Dariush Keyhani__
Dariush Keyhani

2

                    Meredith & Keyhani, PLLC
                    125 Park Avenue, 25th Floor
                    New York, New York 10017
                    Tel. (212) 760-0098
                    Fax (212) 202-3819
                    dkeyhani@meredithkeyhani.com
                    *Attorneys for Defendants*