IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLEAU TECHNOLOGIES, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOEALLENPRO LIMITED, a foreign corporation; and JOE ALLEN, as an individual,<br><br>　　　Defendants. | Civil Action No. 18 Civ. 06319 (DLC)<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that Defendants' Motion to Vacate Default and Motion for Leave to File a Responsive Motion or Pleading was electronically filed on this October 3, 2018.  Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

/s/ Anya S. Engel
Anya S. Engel