```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BELLEAU TECHNOLOGIES, LLC,              :
                                        :
                        Plaintiff,      :       18cv6319(DLC)
              -v-                       :
                                        :          ORDER
JOEALLENPRO LIMITED, and JOE ALLEN,     :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2018

DENISE COTE, District Judge:

The plaintiff obtained certificates of default from the Clerk of Court on August 16, 2018, and on August 23 moved for a default judgment against the defendants. A hearing was held on October 5 which was attended by counsel for the defendants, which had entered a notice of appearance on October 4. Accordingly, it is hereby

ORDERED that the August 16, 2018 certificates of default are vacated.

IT IS FURTHER ORDERED that defendants shall immediately comply with the preliminary injunction entered on July 31, 2018. If the defendants are not in compliance by **October 9, 2018**, the plaintiff shall so notify the Court. If the defendants fail to comply with the preliminary injunction at any point after October 9, the Court will entertain a motion from the plaintiff for contempt sanctions.

IT IS FURTHER ORDERED that the parties shall submit a proposed schedule for further pretrial proceedings in this action by **October 12, 2018.**

IT IS FURTHER ORDERED that a conference shall be held in this action on **January 11, 2019, at 11:00 a.m.,** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

Dated:   New York, New York
         October 5, 2018

_____
DENISE COTE
United States District Judge