# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ALMATY
ASHGABAT
ASTANA
BEIJING
BUENOS AIRES
DUBAI
FRANKFURT
GENEVA

HOUSTON
LONDON
MEXICO CITY
MILAN
MUSCAT
PARIS
ROME
WASHINGTON, D.C.

ATTORNEYS AND COUNSELLORS AT LAW

101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
WWW.CURTIS.COM

NICOLE M. MAZANITIS
TEL: 212-696-6111
FAX: 917-368-8821
E-MAIL: nmazanitis@curtis.com

October 12, 2018

*VIA ECF*

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  ***Belleau Technologies, LLC v. JoeAllenPro Ltd., et al.,***
***No. 18-CV-06319 (S.D.N.Y.)***

Dear Judge Cote:

We represent Belleau Technologies, LLC ("Belleau"), plaintiff in the above-referenced matter.  As instructed by the Court (ECF No. 066), the parties have attempted to come to an agreement as to a case schedule.  The parties have been unable to reach consensus.  The parties' main disagreement relates to when disclosures of asserted claims and infringement contentions and invalidity contentions would be due.

In accordance with the conference held on October 5, 2018, Belleau understood that the Court expected the parties to exchange disclosures of asserted claims and infringement contentions, and invalidity contentions, in January of 2019.  *See* 10/05/18 Transcript, at 16:4-8 ("Because there is a patent here, there are a whole layer of disclosures and contentions and cross-contentions that need to be fleshed out, and I expect that those would begin to be served on each other sometime in January, it's my expectation.").

Belleau further understood that the Court urged the parties to engage in settlement discussions, by Christmastime, in an effort to settle this case and avoid the expenses of litigation. *Id.* at 17:2-6; 17:18-20 ("I am also going to want you to talk about, counsel, a schedule for settlement discussions in a meaningfully way.  I think that should happen sooner rather than later, because the litigation of this case on the merits is going to be expensive to the plaintiff, expensive to the defendants. . . . I think it's not too early to think about that mediation happening before Christmastime and cutting through a lot of this, but you will give me your thoughts next week.").

33154373

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Honorable Denise L. Cote

Page 2                                                    October 12, 2018

        Belleau's proposed schedule (Appendix A) reflects Belleau's understanding of the Court's instruction.  Belleau has conveyed its understanding to defendants' counsel.

        In light of the parties' disagreement, Belleau respectfully defers to the Court with respect to a case schedule.  We appreciate the Court's attention to this matter.

Respectfully,

/s/ Nicole M. Mazanitis

Nicole M. Mazanitis

cc:  Dariush Keyhani (via ECF)

33154373

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Honorable Denise L. Cote
October 12, 2018

Page 3

### Appendix A - Proposed Case Schedule
*Belleau Technologies, LLC v. JoeAllenPro Limited, et al., No. 18-cv-6319 (S.D.N.Y.)*

| Event | Deadline |
|---|---|
| Defendants' answer or responsive motion due | Friday October 26, 2018 |
| Initial Disclosures | Friday November 9, 2018 |
| First set of requests for production/interrogatories due | Tuesday November 20, 2018 |
| Responses to first set of requests for production/interrogatories due | Friday December 21, 2018 |
| Conference | Friday January 11, 2019, 11:00 a.m. |
| Disclosure of Asserted Claims and Infringement Contentions | Friday January 11, 2019 |
| Invalidity Contentions | Friday January 25, 2019 |
| Amended pleadings; joining parties | Friday February 15, 2019 |
| Complete claim construction document production, exchange preliminary claim construction and extrinsic evidence | Friday February 22, 2019 |
| Joint Claim Terms Chart | Friday March 22, 2019 |
| Opening Claim Construction | Friday April 26, 2019 |
| Opposition to Claim Construction | Friday May 24, 2019 |
| Reply ISO Claim Construction | Friday June 7, 2019 |
| Fact Discovery completed | 60 days after ruling on Claim Construction |
| Opinion of counsel | 30 days after ruling on Claim Construction |
| Opening expert reports due | 30 days after close of Fact Discovery |
| Rebuttal reports due | 30 days after opening reports due |
| Expert Discovery completed | 21 days after rebuttal reports due |
| Dispositive Motion(s) (if any) | 30 days after close of Expert Discovery |
| Oppositions to Dispositive Motion(s) (if any) | 30 days after opening briefs due |
| Replies in Support of Dispositive Motion(s) (if any) | 14 days after opposition briefs due |
| Pretrial Conference | --- |
| Trial | --- |

33154373