```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
BELLEAU TECHNOLOGIES, LLC,           :
                                     :
                    Plaintiff,       :      18cv6319(DLC)
         -v-                         :
                                     :         ORDER
JOEALLENPRO LIMITED, and JOE ALLEN,  :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's October 19, 2018 letter, it is hereby

ORDERED that the parties shall participate in a telephone conference with the Court on **October 23, 2018** at **3:00 p.m.** Counsel for the plaintiff shall have all parties on the line and call Chambers at 212-805-0202.

Dated:   New York, New York
         October 19, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge