October 22, 2018

*VIA ECF*

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:   *Belleau Techs., LLC v. JoeAllenPro, Ltd., et al.*, No. 18-CV-06319 (S.D.N.Y.)

Dear Judge Cote:

     We represent plaintiff Belleau Technologies, LLC ("Belleau") in the above-referenced matter. We write to inform the Court that the parties have conferred this morning to discuss the issues from Belleau's October 19, 2018 letter. As a result of this morning's discussion, Belleau wishes to withdraw its request for an informal conference with the Court, as the need for such conference has been mooted by the Defendants' satisfactory explanation.

                                          Respectfully,

                                          /s/ Jeremy Sadkin

                                          Jeremy Sadkin

cc:  Dariush Keyhani (via ECF)

1