IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BELLEAU TECHNOLOGIES, LLC,

    Plaintiff,

    v.

JOEALLENPRO LIMITED, a foreign
corporation; and JOE ALLEN, as an
individual,

    Defendants.

Civil Action No. 18 Civ. 06319 (DLC)

JURY TRIAL DEMANDED

## NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendants JoeAllenPro Limited and Joe Allen, by their attorneys, Meredith & Keyhani, PLLC. |
| **DATE, TIME AND PLACE OF HEARING:** | Before the Hon. Denise L. Cote, Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312 at a date and time to be determined by the Court. |
| **SUPPORTING PAPERS:** | Memorandum of law, Declaration of Joseph Allen. |
| **RELIEF DEMANDED**: | (1) An Order granting Defendants' motion to dismiss the case for lack of personal jurisdiction and (2) such other and further relief this Court deems just and proper. |

Date: October 26, 2018

Respectfully submitted,

/s/ Dariush Keyhani
Dariush Keyhani
Meredith & Keyhani, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017
Tel. (212) 760-0098

Fax (212) 202-3819
dkeyhani@meredithkeyhani.com
*Attorneys for Defendants*